IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL LYNN DIXON, #161637, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-248-WHA |
| KAY IVEY, et.al, | ) |
| Defendants. | ) |

**ORDER**

On June 26, 2020, the Magistrate Judge entered a Recommendation (Doc. #30) that the motion for preliminary injunction filed by the plaintiff be denied to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #30) is ADOPTED.

2. The motion for preliminary injunction filed by the plaintiff is DENIED.

3. This case is referred back to the Magistrate Judge assigned hereto for further appropriate proceedings.

DONE this 17th day of August, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE