IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL LYNN DIXON, #161637, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:20-CV-248-WHA |
| ) | |
| KAY IVEY, et.al, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 16, 2020, the Magistrate Judge entered a Recommendation (Doc. #77) that the motion for preliminary injunction filed by the plaintiff (Doc. #50) be denied to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #77) is ADOPTED.

2. The motion for preliminary injunction filed by the plaintiff (Doc. #50) is DENIED.

3. This case is referred back to the Magistrate Judge assigned hereto for further appropriate proceedings.

DONE this 9th day of December, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE